# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HERBERT RIFKIN,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 19-cv-5686 |
| | : | |
| **FITNESS INTERNATIONAL, LLC d/b/a** | : | |
| **LA FITNESS,** | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| **HERBERT RIFKIN,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 20-cv-4547 |
| | : | |
| **SEVENTH VENTURE, LLC, et al.,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this __15TH__ day of June, 2022, upon consideration of Defendant Fitness International, LLC's Motion for Summary Judgment (ECF No. 60), Plaintiff's Response thereto (ECF No. 61), and Defendant's Reply in support of its motion (ECF No. 63), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

JUDGMENT IS ENTERED in favor of Defendant Fitness International, LLC d/b/a/ LA Fitness, and against Plaintiff Herbert Rifkin. This case shall be marked CLOSED as to all defendants.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge